```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
RIZWAN SHAH,                                                     :
                                                                 :
                              Plaintiff,                         :
                                                                 :    22 Civ. 2119 (JPC)
               -v-                                               :
                                                                 :         ORDER
                                                                 :
GUIDEHOUSE LLP,                                                  :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 15, 2022, this case was transferred from the United States District Court for the District of Columbia to this District, and assigned to the undersigned. On December 11, 2020, the Honorable Tanya S. Chutkan, to whom this was previously assigned, stayed Defendant's time to answer or otherwise to respond to the Complaint until the resolution of the transfer question. As the transfer has now been effectuated, Defendant shall answer or otherwise respond to the Complaint by May 2, 2022.

SO ORDERED.

Dated:  April 12, 2022
        New York, New York                          _____
                                                           JOHN P. CRONAN
                                                        United States District Judge